PAUL D. HAWKINS, Respondent, *v.* AUGUST KUHNE,
Appellant.

*Hawkins* v. *Kuhne,* 153 App. Div. 216, affirmed.
(Argued March 24, 1913; decided April 15, 1913.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered November 21, 1912, affirming a judgment in favor
of plaintiff entered upon a verdict in an action to recover

for an alleged assault and false imprisonment alleged to have been committed against plaintiff by defendant while acting captain of the police force of the city of New York.

*Archibald R. Watson*, Corporation Counsel (*Jesse W. Johnson* and *James D. Bell* of counsel), for appellant.

*Arthur F. Gotthold*, *William H. Corbitt* and *Ernest J. Ellenwood* for respondent.

Judgment affirmed, with costs.

Concur: CULLEN, Ch. J., GRAY and WILLARD BART-LETT, JJ., on opinion of WOODWARD, J., below. Concur in result: CHASE, CUDDEBACK, HOGAN and MILLER, JJ.